IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY COLE,

       Plaintiff,

v.                                       No. 2:23-cv-00137-GBW-JHR

CIBOLA COUNTY BOARD OF COUNTY
COMMISSIONERS, *et al.*

       Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. This case was filed by Plaintiff Larry Cole in the Fifth Judicial District Court for the State of New Mexico on February 22, 2022. [Doc. 1-3]. It was removed to this Court by the original Defendants on February 14, 2023. [Doc. 1]. On August 31, 2023, Cole amended his complaint to, among other things, add Defendant Chad Miller. [Doc. 16, p. 2]. Miller has not appeared and there is no record on the docket that Cole has served process on Miller.

Federal Rule of Civil Procedure 4(m) provides in part:

If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The Court thus orders that, in order to avoid dismissal of this action against Defendant Chad Miller, Plaintiff Larry Cole must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before **Wednesday, January 24, 2024.**

1

**IT IS SO ORDERED.**

                                          _____

HON. JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE