IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY COLE,

     Plaintiff,

v.                                       Civ. No. 23-137 GBW/JHR

CIBOLA COUNTY BOARD OF
COUNTY COMMISSIONERS, *et al.*,

     Defendants.

## <u>ORDER TO SHOW CAUSE</u>

THIS MATTER is before the Court *sua sponte*.  Plaintiff filed suit against Cibola County Correctional Facility ("Defendant Facility") and numerous other Defendants on February 22, 2022, and the case was removed to federal court on February 14, 2023. Federal Rule of Civil Procedure 4(m) provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In removed cases, the time for tolling the 90-day period begins upon the date of removal.  *See* 28 U.S.C. § 1448.  More than 90 days have elapsed since this action was removed to district court, and there is no indication that Defendant Facility has been served.

Given that Defendant Facility is owned by CoreCivic, *see doc. 3* at 2 n.1, Plaintiff's claims against Defendant Facility may already be covered by his claims against the CoreCivic and County Defendants.  In addition, the Court notes that Defendant Facility may not be a suable entity.

Plaintiff is therefore directed to show cause why his case should not be dismissed with prejudice as to Defendant Cibola County Correctional Facility for failure to comply with the service and time provisions of Rule 4(m).  Plaintiff's response to the Court's Order to Show Cause should be filed no later than **fourteen (14) days from the issuance of this Order**.  Alternatively, if Defendant Facility is served within fourteen (14) days from the issuance of this Order, Plaintiff need not submit a show cause response.

Failure to comply with this Order will result in the dismissal of Defendant Facility.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

2