**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LARRY COLE,

      Plaintiff,

vs.                                         No. 23-cv-00137-GBW-JHR

CIBOLA COUNTY BOARD OF COUNTY
COMMISSIONERS, *et al.*,

      Defendants.

---

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

---

COMES NOW Plaintiff Larry Cole, by and through his counsel Dwight Thompson (DWIGHT E. THOMPSON LAW OFFICE, LLC), and submits this Response to Judge Jerry H. Ritter's January 10, 2024 Order to Show Cause [Doc. 23] as to why Plaintiff's complaint should not be dismissed as to Defendant Chad Miller and as grounds states:

1. The Complaint in this case was filed on February 22, 2022 in the Fifth Judicial District Court, County of Chaves, State of New Mexico in Case No. D-504-CV-2022-00075.

2. On November 4, 2022, Defendant Cibola County Board of County Commissioners was served with the Summons and Complaint by personal service through its authorized agent.

3. On November 8, 2022, Defendant CoreCivic, Inc. was served with the Summons and Complaint by personal service through its authorized agent.

4. On November 8, 2022, Defendant CoreCivic of Tennessee, LLC was served with the Summons and Complaint by personal service through its authorized agent.

5. Defendants timely filed a Notice of Removal in this case on February 14, 2023.

6.    Plaintiff filed a First Amended Complaint on August 31, 2023.

7.    The Court issued an Order to Show Cause [Doc. 23] on January 10, 2024 requiring Plaintiff to either effect service on Defendant Chad Miller or provide the Court with a written explanation showing good cause why service has not been made on or before January 24, 2024.

8.    After attempts to locate the whereabouts of Defendant Chad Miller were unsuccessful, Plaintiff's counsel recently hired an investigator to locate the current address for Defendant Chad Miller.

9.    Based on new information from the private investigator, a new address in Albuquerque was found for Defendant Chad Miller that differed from an address used on a summons in another case filed in June of 2021.

10.    The Summons to Defendant Chad Miller was issued by the Court Clerk on January 24, 2024.

11.    A process server has been hired and tasked with service of Defendant Chad Miller as of the date of filing of this Response.

12.    Plaintiff's counsel is not able to meet the January 24, 2024 deadline set by the Court to serve Defendant Chad Miller in this case.

13.    Therefore, Plaintiff's counsel is requesting an additional two (2) week extension to perfect service on Defendant Chad Miller in this case.

**PRAYER**

WHEREFORE, Plaintiff respectfully requests that the Court allow him an additional two (2) weeks or until February 7, 2024 to perfect service on Defendant Chad Miller and grant such other relief as the Court deems just and proper.

Respectfully submitted,

DWIGHT E. THOMPSON LAW OFFICE, LLC

*/s/ Dwight Thompson*
DWIGHT THOMPSON
4610 S. Ulster Street, Suite 150
Denver, CO 80237
(575) 751-3043 (Telephone)
(575) 758-1387 (Facsimile)
dwight@dwightthompsonlawoffice.net
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing
was served via electronic transmission by
CM/ECF System to:

Daniel P. Struck
Jacob B. Lee
Courtney Lacaillade
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
jlee@strucklove.com
clacaillade@strucklove.com

and

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, NM 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants Cibola County Board*
*of Commissioners, CoreCivic, Inc., and*
*CoreCivic of Tennessee, LLC*

on this 24th day of January, 2024.


*/s/ Dwight Thompson*
Dwight Thompson