**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LARRY COLE,

     Plaintiff,

v.                                                                          Civ. No. 23-137 GBW/JHR

CIBOLA COUNTY BOARD OF
COUNTY COMMISSIONERS, *et al.*,

     Defendants.

**ORDER QUASHING ORDER TO SHOW CAUSE**

THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Defendant Cibola County Correctional Facility Without Prejudice. *Doc. 27.* On January 19, 2024, the Court filed an Order to Show Cause, ordering Plaintiff to show cause by February 2, 2024, why the Court should not dismiss Plaintiff's cause against Defendant Cibola County Correctional Facility for failure to serve. *Doc. 24.* Plaintiff voluntarily dismissed Defendant Cibola County Correctional Facility without prejudice on February 2, 2024. *Doc. 27.*

IT IS THEREFORE ORDERED that the Court's Order to Show Cause (*doc. 24*) is QUASHED.

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**