IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY COLE,

    Plaintiff,

v.                                                      Civ. No. 23-137 GBW/JHR

CIBOLA COUNTY BOARD OF
COUNTY COMMISSIONERS, *et al.*,

    Defendants.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith (*doc. 37*) and the Order entered on February 14, 2024 (*doc. 30*), the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING WITH PREJUDICE Plaintiff's claims against Defendants Cibola County Board of County Commissioners, CoreCivic, Inc., CoreCivic of Tennessee, LLC, John Doe Medical Services, John Doe Warden, John Doe Guards, and John Doe Medical Providers and DISMISSING WITHOUT PREJUDICE Plaintiff's claims against Defendant Warden Chad Miller in Plaintiff's First Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights (*doc. 16*).

    **IT IS SO ORDERED.**

                                                      _____
                                                      GREGORY B. WORMUTH
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      **Presiding by Consent**